**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2344**

_____

In Re: MICHAEL D. WILKINS,

Petitioner.

_____

On Petition for Writ of Mandamus.  (99-34315-SCS)

_____

Submitted:  November 30, 2000        Decided:  December 6, 2000

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Michael D. Wilkins, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins filed a motion to stay his bankruptcy proceedings in the district court. He also filed a petition for a writ of mandamus seeking an order directing the bankruptcy court to rule on his objection to the amended proof of claim filed by James and Anzilia Murray. The bankruptcy court ruled on Wilkins' objection on October 19, 2000. Accordingly, we deny the motion for stay and the mandamus petition as moot. We also deny as moot the Murrays' motion to dismiss the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED